U.S. DISTRICT COURT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BROOKE KAY JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:10-cv-858-RBL-JRC <br><br> ORDER RE EXTENSION OF TIME <br> ON BRIEFING SCHEDULE |

## **ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's Opening Brief:        October 6, 2010.

Defendant's Responsive Brief:   November 3, 2010.

Plaintiff's Reply Brief:             November 17, 2010.

Oral argument requested by:     November 24, 2010.

DATED this 13th day of September, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838