UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BROOKE KAY JOHNSON,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

        Defendant.

CASE NO. C10-0858-RBL

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The matter is therefore REVERSED and REMANDED to the Administration for further consideration; and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 25th day of February, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1