U.S. DISTRICT COURT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BROOKE KAY JOHNSON, | ) | No. 2:10-cv-00858-RBL-JRC |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATED |
| | ) | MOTION FOR ATTORNEY FEES |
| v. | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | (EAJA) |
| | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,660.30 and expenses in the amount of $28.67, for a total of $6,688.97, are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Further, costs in the amount of $8.70 will be paid pursuant to 28 U.S.C. § 1920. The check(s) will be mailed to Plaintiff's attorney's office: Law Office of Steven M. Robey, 1414 F Street, Bellingham, WA 98225.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable

ORDER ON STIPULATED
MOTION FOR EAJA ATTORNEY FEES - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

to the Law Office of Steven M. Robey, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 19th day of May, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

s/ David A. Namba
David A. Namba, WSBA #29347
Attorney for Plaintiff
Law Office of Steven M. Robey, PS
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

ORDER ON STIPULATED
MOTION FOR EAJA ATTORNEY FEES - 2